**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UZMA MALIK, | : | Civil No. 3:19-CV-01547 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WYOMING VALLEY MEDICAL | : | |
| CENTER, P.C., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of June, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendant Dr. Michael Greenberg's motion to dismiss, Doc. 17, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1) The motion is **DENIED** as to Plaintiff's Family and Medical Leave Act retaliation claim (Count 2);
2) The motion is **GRANTED** as to Plaintiff's Family and Medical Leave Act interference claim (Count 2), the Equal Pay Act claim (Count 3), and the intentional infliction of emotional distress claim (Count 4). These claims are **DISMISSED WITHOUT PREJUDICE** and Plaintiff' is granted leave to amend.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania