IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CORRECTED NOTICE**

Uzma Malik

           vs.           CASE NUMBER: 3:19-CV-1547

Wyoming Valley Medical Center, P.C., et al.

TYPE OF CASE: Civil

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

**Date and Time: August 5, 2020 at 10:15 a.m.**

Type of Proceeding: Telephonic Initial Case Management Conference. (Conference call information sent by e-mail.)

Date:  August, 2020　　　　　　　　　　　　　/s/ Mark J. Armbruster
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CC:　Magistrate Judge Martin C. Carlson
　　　Ari Karpf, Esq.
　　　Timothy Seiler, Esq.
　　　Jill Lashay, Esq.
　　　Sunshine Thomas, Esq.
　　　Donna Walsh, Esq.
　　　Richard Armezzani, Esq.