IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UZMA MALIK | : CIVIL ACTION |
|     Plaintiff, | : |
| | : |
| v. | : DOCKET NO.: 3:19-CV-01547 |
| | : |
| WYOMING VALLEY MEDICAL CENTER, P.C. | : |
|   and | : |
| GEISINGER HEALTH SYSTEM | : |
|   and | : |
| ANAND MAHADEVAN | : |
|   and | : |
| MICHAEL GREENBERG | : |
|     Defendants. | : |

**ORDER**

AND NOW, this \_\_19th\_\_ of \_\_April\_\_, 2021, it is hereby ORDERED that the Joint Motion to Extend Case Management Deadlines is hereby GRANTED. The deadlines are revised as follows:

1. All fact discovery is to be completed by August 27, 2021;

2. Notice of Intent to Pursue Settlement Conference is to be filed by August 27, 2021;

3. All dispositive motions are to be filed no later than September 24, 2021;

4. Plaintiff's expert reports are due by September 24, 2021;

5. Defendant's expert reports are due by October 29, 2021;

6.       Supplemental reports are due by November 12, 2021;

7.       Attorney Conference and Exchange of Proposed Jury Instructions by January 10, 2022;

8.       Motions in Limine are to be filed by January 24, 2022;

9.       Pretrial Memoranda are to be filed by February 7, 2022;

10.     Proposed Jury Charge, Voir Dire, and Objections to the Proposed Jury Charge are to be filed by February 7, 2022;

11.     Pretrial and Settlement Conference is scheduled for **March 7, 2022 at 10:00 a.m.**

12.     Trial is scheduled for **March 21, 2022 at 9:30 .m.**

*s/ Martin C. Carslon*

_____
BY THE COURT