

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
tseiler@karpf-law.com

February 15, 2022

**SENT VIA ECF**

Honorable Judge Martin C. Carlson
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

      Re:    Uzma Malik v. Wyoming Valley Medical Center, P.C., et al
              Docket No.: 19-1547

Dear Judge Carlson,

      I represent Plaintiff, Uzma Malik, in the above-referenced employment matter. Pursuant to Your Honor's December 8, 2021 Order (Dkt. No. 53), I write on behalf of the parties to provide a settlement conference status report.

      On December 8, 2021, all deadlines in this matter were stayed pending the scheduling of a settlement conference with a Magistrate Judge. *See* Docket Nos. 52-53. Following multiple scheduling conferences, the parties are currently scheduled to attend a settlement conference, in person, at the Ronald Reagan Federal Building in Harrisburg, PA, before the Honorable Judge Arbuckle on March 21, 2022, at 10am. *See* Docket No. 58. In the event that the parties are unable to resolve this matter at the settlement conference, the parties intend to resume discovery, including all remaining depositions.

      If Your Honor requires any additional information, please do not hesitate to contact me.

      Respectfully Submitted,

      **KARPF, KARPF & CERUTTI, P.C.**

      *s/ Timothy S. Seiler*
      Timothy S. Seiler, Esq.

cc: All Counsel of Record